ORDERED.

**Dated: November 28, 2016**

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

**IN RE:**

**SCOTT ANDREW VOGEL, and KRISTINE JUNE VOGEL,** **Case No. 8:15-bk-06469-KRM**

**Debtors.** /

**Order Granting Trustee's Second Motion to Compel Turnover of Property of the Estate**

THIS CASE came before the court, on negative notice and without a hearing, for consideration of Trustee's Second Motion to Compel Turnover of Property of the Estate (Doc #44). No one filed an objection or opposition to the motion. The Court has reviewed the court file, and finds the motion should be granted. Accordingly, it is:

**ORDERED** that:

A. That Trustee's Second Motion to Compel Turnover of Property of the Estate (Doc #44) is **granted**.

B. Within fifteen (15) days of the date of this order, Debtors shall surrender to Trustee the following personal property:

1. 2010 Honda Element;
2. 2011 Dodge Ram 1500;
3. It's About Time, LLC;

4. IEAT, LLC;
5. Household good and furnishings;
6. Books, pictures, and other art objects;
7. Wearing apparel;
8. Jewelry;
9. Cameras and gym equipment;
10. Proceeds of auction of business equipment;
11. for each of the LLCs, minute book(s), articles of organization, bylaws, minutes of all members' and managing members' meetings and/or actions without meetings, and stock transfer ledger(s), Employer Identification Number(s), seller's permits, tax returns, quarterly tax statements, bank accounts, checks, deposit slips, passbooks, record books and books of account, credit cards and credit card statements, insurance policies and dec sheets, foreign state registrations, business licenses and permits, accounts receivable(s), accounts payable(s), etc., and other documents*, along with any real or personal property owned by (or in the name and/or custody of) each LLC, including, but not limited to office furniture and furnishings, computers, fax machines, printers, vehicles, keys, passwords, etc.;
12. the key(s) to the vehicle(s), and any and all documentation, including certificates of title, receipts from the purchase, bills of sale, policies of insurance, repair and maintenance records, owner's manuals, and correspondence which relate to or describe the above property or its acquisition, all of which are needed to administer these assets of the estate; and
13. Debtors' 2015 income tax return, and the estate's pro-rata share of debtor's 2015 income tax refund

*Attorney David B. McEwen, Esquire, is directed to serve a copy of this order/judgment on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order/judgment.*

___________

All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

cc: United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV
Trustee: Traci K. Stevenson tracikstevenson@gmail.com, tks@trustesolutions.net;alishamariehall@gmail.com;tafllc@verizon.net
Trustee's Atty.: David B. McEwen, Esq., 111 - 2nd Avenue Northeast, #306, St. Petersburg, FL 33701-3444
Debtors' Atty: David L. Del Vecchio ngunndelv@verizon.net, peggyr2@verizon.net
Debtors: Scott Andrew Vogel & Kristine June Vogel, 2030 rookery Dr., Estero, FL 33928
Interested persons/parties

**(*= Document(s) means all materials within the full scope of Fed.R.Civ.P. 34, including but not limited to: all writings and recordings, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including but not limited to, e-mail and attachments, correspondence, memoranda, notes, diaries, minutes, statistics, letters, telegrams, contracts, reports, studies, checks, statements, tags, labels, invoices, brochures, periodicals, receipts, returns,**

**summaries, pamphlets, books, interoffice and intraoffice communications, offers, notations of any sort of conversations, working papers, applications, permits, file wrappers, indices, telephone calls, meetings or printouts, teletypes, telefax, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments of any of the foregoing), graphic or aural representations of any kind (including without limitation, photographs, charts, microfiche, microfilm, videotape, recordings, motion pictures, plans, drawings, surveys),** ***and electronic, mechanical, magnetic, optical or electrical records or representations of any kind (including without limitation, computer files and programs, tapes, cassettes, discs, recordings), and metadata.***

S:\temp-transfer\Documents WIP\Temp transfers holding\Stevenson holding\15-06469 Vogel\Ord-grant-M-TO-Amd.wpd