UNITED STATES BANKRUPCTY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**www.flmb.uscourts.gov**

IN RE: Case No: 8:15-bk-06469-KRM

SCOTT ANDREW VOGEL,
KRISTINE JUNE VOGEL
Debtor
_____________________________/

RESPONSE TO WELLS FARGO BANK, N.A.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

The Debtor(s), Scott Andrew Vogel and Kristine June Vogel, by and through undersigned counsel hereby responds to and oppose Wells Fargo Bank, N.A.'s for Motion for Relief from Automatic Stay (Doc No 63) and state as follows:

1. The Debtors contest the fact that they are behind or have defaulted on the Secured Creditor's payments and believe that they have over paid towards the principal by making the following payments: (1) $1,166.00 (2) $1,166.00 (3) $964.00 for a total of $3,296.00 on an alleged arrearage claim of $3,228.00. They therefore contend that Wells Fargo Bank N.A. has no basis for requesting a relief from stay on their secured loan encumbering the home located at 1104 Tiburon Dr., Seffner, FL 33584, to which they own ½ one-half interest.

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to ells Fargo Bank N.A.'s Motion for Relief from Automatic Stay has been furnished electronically or by U.S. Mail to US Trustee, 501 E. Polk St., #1200, Tampa, FL 33602; Scott and Kristine Vogel,

675 No. Lecanto Hwy, Lecanto, FL 34461; Traci K Stevenson, Chapter 7 Trustee, P.O. Box 86690, Madeira Bch, FL 33738,David B McEwen, Attorney for Trustee, 111 Second Ave NE #306, St. Petersburg, FL 33701, and Teresa M Hair, Esquire, Brock & Scott, PLLC, 1501 NW 49th Street #200, Ft. Lauderdale, FL 33309this __14th__ day of March 2017

_/s/ David L Del Vecchio_______
David L. Del Vecchio, Esquire
Del Vecchio & Associates
111 Second Ave NE, #1403
St. Petersburg, FL 33701
Telephone: (727) 896-6210
Facsimile: (727) 894-8624
FBN: 0940607