**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: CASE NO: 8:15-bk-06469-KRM
CHAPTER 7

SCOTT ANDREW VOGEL
*aka* Andrew Vogel and
KRISTINE JUNE VOGEL
*aka* Kristine J Orbe,

Debtors___________________________/

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**
*(And Request that the hearing scheduled for April 4, 2017, be cancelled)*

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. hereby withdraws its Motion for Relief from Stay (Doc 63), that was filed on February 22, 2017. The hearing scheduled for April 4, 2017 at 9:30 AM (Doc 68) as to this matter only, may be cancelled.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Scott Andrew Vogel, 675 N Lecanto Hwy, Lecanto, FL 34461 and Kristine June Vogel, 675 N Lecanto Hwy, Lecanto, FL 34461; David L. Del Vecchio, 111 Second Ave NE #1403, St. Petersburg, FL 33701; Traci K. Stevenson, Trustee, P O Box 86690, Madeira Beach, FL 33738; United States Trustee - TPA7/13, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602, this 31st day of March, 2017.

BROCK & SCOTT, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309
Phone: (813) 251-4766 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair
_____________________________________
TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079