UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/04/2017 09:30 AM

COURTROOM 9B

HONORABLE K. MAY

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:15-bk-06469-KRM** | **7** | **06/23/2015** |

**Chapter 7**

**DEBTOR:** Scott Vogel

Kristine Vogel

**DEBTOR ATTY:** **David Del Vecchio**

**TRUSTEE:** **Traci Stevenson**

**HEARING:**

1 - Preliminary Hearing on Motion for Reconsideration of Order Granting Motion for Turnover Filed by Joint Debtor Kristine June Vogel, Debtor Scott Andrew Vogel (Pro-Se), Doc #48
****Debtors have an Attorney (David Del Vecchio)
2 - Preliminary Hearing on Motion to Revoke Discharge Filed by David B McEwen, Attorney for Trustee on behalf of Trustee Traci K. Stevenson, Doc #54 --- Amended Motion, Doc #71
- Response Filed by the Debtor's (Pro-Se), Doc #59
.

**APPEARANCES:**: David McEwen, David Del Vecchio.

**RULING:**
1 - Preliminary Hearing on Motion for Reconsideration of Order Granting Motion for Turnover Filed by Joint Debtor Kristine June Vogel, Debtor Scott Andrew Vogel (Pro-Se), Doc #48

****Debtors have an Attorney (David Del Vecchio)

2 - Preliminary Hearing on Motion to Revoke Discharge Filed by David B McEwen, Attorney for Trustee on behalf of Trustee Traci K. Stevenson, Doc #54 --- Amended Motion, Doc #71

- Response Filed by the Debtor's (Pro-Se), Doc #59 - Items 1 and 2: Continued to 5/30/2017 at 9:30 am, Announced in Open Court.

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders

not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.